# Court of Appeals
# of the State of Georgia

ATLANTA,  September 08, 2021

*The Court of Appeals hereby passes the following order:*

**A22E0009.  TONY RACHED v. MCKENZIE RACHED.**

Upon consideration of the applicant's emergency motion, the same is hereby GRANTED. The applicant is granted an extension of time for the filing of the application for discretionary appeal, which shall be due on October 25, 2021. Pursuant to Court of Appeals Rule 31 (j), the respondent's response is due within 10 days of the application being docketed.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/08/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*